UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TONY L. BLOCK, )
      Plaintiff, )
)
v. ) No. 3:09-0974
) JUDGE HAYNES
)
FLORIM USA, INC., )
      Defendant. )

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 13) is **GRANTED** as to all of the claims arising under the Americans with Disabilities Act, 42 U.S.C. § 12112(a) ("ADA"). The Court declines to exercise supplemental jurisdiction over the remaining state law claims.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 18 day of February, 2011.

WILLIAM J. HAYNES, JR
United States District Judge